Argued January 8, affirmed January 17, 1968

## CIELOHA, *Appellant, v.* DIETRICH, *Respondent.*

436 P. 2d 272

*Gerald H. Robinson,* Portland, argued the cause for appellant. With him on the briefs was Robert L. McKee, Portland.

*Pat Dooley,* Portland, argued the cause for respondent. With him on the brief was Leo Levenson, Portland.

Before SLOAN, Presiding Justice, and GOODWIN and HOLMAN, Justices.

PER CURIAM.

Plaintiff appeals from a judgment entered upon a verdict for defendant in an action for damages arising out of a three-car rear-end collision. The assignment of error asserts that the trial court should have directed a verdict for the plaintiff against the operator of the offending vehicle.

While plaintiff was apparently free from negligence, having stopped in a proper lane for a left turn, there was a question of fact for the jury with reference to the negligence of the defendant as well as that of the driver of the automobile immediately behind that of the plaintiff. *Miller v. Harder,* 240 Or 418, 402 P2d 84 (1965).

Affirmed.